IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PABLO PEREZ HERNANDEZ, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | CASE NO. 3:09-00092 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff, | ) | |

ORDER

Before the Court is the Defendant Pablo Perez Hernandez's motion seeking the Court's intervention to direct the Government to release nine hundred forty-five dollars ($954.00) to Defendant (Docket Entry No. 656) that is supported by his affidavit and letter of his counsel. In sum, the Defendant seek a refund, agreed to by the United States, in the amount of nine hundred forty-five dollars ($954.00) that represents half the money seized when Defendant was arrested. To date, the United States has not opposed this motion nor disputed the settlement agreement.

Accordingly, this motion is **GRANTED** and the Clerk shall release these funds to Defendant's counsel.

It is so **ORDERED**.

ENTERED this the 25th day of February, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court